**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID SIMON, | No. 2:13-cv-2234-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| SOLANO COUNTY, | |
|     Respondent. | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion to proceed in forma pauperis and amended petition.

       Petitioner seeks leave to proceed in forma pauperis. As directed, petitioner has now submitted the affidavit required by 28 U.S.C. § 1915(a) showing that petitioner is unable to prepay fees and costs or give security therefor. The request will be granted.

       Petitioner has also filed an amended petition as directed. However, he failed to correct the defects in his petition. Petitioner was previously informed that "[a] petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994); see also

Rule 2(a), Federal Rules Governing Section 2254 Cases.  Here, petitioner continues to name the County of Solano as the respondent.  The county of conviction is not the proper respondent.  Petitioner must name the appropriate state officer having custody of him.  Such state officer is generally the warden of the institution where petitioner is incarcerated.  Petitioner will be provided another opportunity to correct this technical defect by naming the correct respondent.  See Stanley, 21 F.3d at 360.  Petitioner is warned that failure to comply with this order may result in the dismissal of this action.  See Local Rule 110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for leave to proceed in forma pauperis (Docs. 14, 17) is granted;

2. Petitioner's amended petition for writ of habeas corpus (Doc. 13) is dismissed with leave to amend;

3. Petitioner shall file a second amended petition on the form employed by this court, and which names the proper respondent and states *all* claims and requests for relief, within 30 days of the date of this order; and

4. The Clerk of the Court is directed to send petitioner the court's form habeas corpus application.

DATED: October 30, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE