IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SIMON, | No. 2:13-CV-2234-WBS-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| STU SHERMAN, | |
|     Respondent. | |
| _____ / | |

      Petitioner, a state prisoner proceeding pro se, brought this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Final judgment was entered on July 10, 2015, and petitioner appealed. On February 26, 2016, the Ninth Circuit Court of Appeals denied petitioner's request for a certificate of appealability. Now pending before this court in this closed action is petitioner's request for a certificate of appealability. Given that petitioner's request has already been denied by this court (see order at Doc. 32) and the Ninth Circuit, the current request is also denied.

      IT IS SO ORDERED.

DATED: March 9, 2016

                                                                                                        _____
                                                                                                 **CRAIG M. KELLISON**
                                                                                                 UNITED STATES MAGISTRATE JUDGE

1